# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 3/17/2023 |
| Case: 23−20459−CMB | Form ID: pdf900 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com

                                                   TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mary Beth Novak      4607 Library Rd.      220−66      Bethel Park, PA 15102
cr      Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
15576573      SPS Loan Servicing      PO Box 10826      Greenville, SC 29603
15581392      Upstart Network, Inc      PO BOX 1931      Burlingame, CA 94011

                                                   TOTAL: 4