**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary Beth Novak                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-20459 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 and index same on the master mailing list.

                              Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
07 Apr 2023, 16:05:40, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 07927ed3de1f68cd9c2441c4ca2b21430fc7c9f49045395aee38018862a50f68